IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRANDON MORRALL, | * |
| Petitioner, | * |
| v. | Case No.   5:24-cv-00364-MTT-CHW |
| | * |
| WARDEN MCDANIEL, | |
| | * |
| Respondent. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 19, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 19th day of November, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk